**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                                **No. 4:20-CR-00098-05-JM**

**PATRICK GOODLOE**                                              **DEFENDANT**

<u>**ORDER**</u>

Defendant's Motion to Reduce Sentence (Doc. No. 450) is DENIED.

Defendant seeks compassionate release based on "family circumstances." However, the

reasons he lists are not "extraordinary and compelling" under the United States Sentencing

Guidelines.

Defendant also seeks a sentence reduction based on guideline Amendment 821's

retroactive changes to "status points." However, Defendant's plea agreement provides that he

"waives the right to have these sentence modified pursuant to Title 18, United States Code, Section

3582(c)(2) . . . ."[1] Because Defendant knowingly and voluntarily entered into his plea agreement,

including this waiver, he is not entitled to relief.[2]

IT IS SO ORDERED this 21st day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 283.

[2] *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a §
3582 (c)(2) motion when the record establish that the defendant knowingly and voluntarily entered
the plea agreement).